COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
jjt@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES SANDERS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. D/B/A WALMART SUPERCENTER STORE #2592, a foreign corporation; TIA MARIE HOLMAN, an individual; MICHAEL NATZEL, an individual; DOE Individuals 1–10; DOE Employees 11–20; and ROE Corporations 21–30,<br><br>Defendant. | Case Number:<br>2:22-cv-01100-GMN-BNW |

## **STIPULATION AND ORDER TO REMAND**

IT IS HEREBY STIPULATED, by and through the parties herein, by and through their respective counsel of record, that this matter be remanded back to the Eighth Judicial District Court, District of Nevada.

1. On April 20, 2022, Plaintiff James Sanders ("Plaintiff") Commenced an action in the Eighth Judicial District Court, District of Nevada against Tia Marie Holman. On May 9, 2020, Plaintiff filed his First Amended Complaint adding Walmart, Inc. and Michael Natzel to the action.

2. On July 11, 2022, Defendant Walmart, Inc. filed a Notice of Removal, removing the case to the United States District Court for the District of Nevada.

3. On August 8, 2022, Plaintiff filed his Motion to Remand the case back to state court in the Eighth Judicial District Court, District of Nevada.

4. After no response, Plaintiff filed his Notice of Non-Opposition to Plaintiff's Motion to Remand to State Court on August 26, 2022.

5. After a discussion, the parties have agreed that this action should be remanded back to state court in the Eighth Judicial District Court, District of Nevada. As such, the Parties hereby stipulate that the Action be remanded back to the Eighth Judicial District Court, District of Nevada.

Dated this 12th day of September 2022.

COGBURN LAW

/s/Joseph J. Troiano
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

Dated this 12th day of September 2022.

HARPER SELIM

By: /s/James E. Harper
James E. Harper, Esq.
Nevada Bar No. 9822
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendants,
Tia Marie Holman and Michael Natzel*

Dated this 12th day of September 2022.

ALVERSON TAYLOR & SANDERS

By: /s/Patrice Stephenson-Johnson
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Patrice Stephenson-Johnson, Esq.
Nevada Bar No. 12283
6605 Grand Montecito Parkway
Las Vegas, NV 89149
*Attorneys for Defendant, Walmart, Inc.,
d/b/a Walmart Supercenter #2592*

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that in light of the Stipulation to Remand, Plaintiff's Motion to Remand, (ECF No. 6), is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this 13 day of September, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

*Respectfully submitted by:*

COGBURN LAW

By:   */s/Joseph J. Troiano*

Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*